# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.

RICHARD VIKTOR RICHARDSON BALLESTER        MJ 04-00002 LPC
    Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of MARCH 18, 2004 to represent said defendant in this cause until further order of the Court.

                                TONY ANASTAS
                                CLERK OF COURT

                      By:    /s/ Maria Simeone
                             Courtroom Deputy
                             The Honorable Lawrence P. Cohen

DATE: March 18, 2004

(Appt Fed def.wpd - 11/98)                              [koapptpd.]