UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10124-RGS |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| RICHARD VIKTOR RICHARDSON BALLESTER, | ) | 21 U.S.C. §§ 952(a) & 960(a) - Importation of Heroin and Cocaine |
| | ) | |
| Defendant. | ) | 21 U.S.C. § 963 - Conspiracy to Import Heroin and Cocaine |
| | ) | |
| | ) | 21 U.S.C. § 841 - Possession of Heroin and Cocaine with Intent to Distribute |
| | ) | |
| | ) | 21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute Heroin and Cocaine |

**INDICTMENT**

**COUNT ONE:**    (21 United States Code, Sections 952(a) & 960(a) - Importation of Heroin and Cocaine)

The Grand Jury charges that:

On or about March 17, 2004, at Boston in the District of Massachusetts,

**RICHARD VIKTOR RICHARDSON BALLESTER,**

defendant herein, did knowingly and intentionally import into the United States from a place outside thereof heroin, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin and 500 grams or more of a  mixture or substance

containing a detectable amount of cocaine. Accordingly, 21 U.S.C. §§ 960(b)(1)(A) and 960(b)(2)(B) are applicable to this offense.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a).

**COUNT TWO:**       (21 United States Code, Section 963 - Conspiracy to Import Heroin and Cocaine)

The Grand Jury further charges that:

From at least in or about March, 2004 and continuing until on or about March 17, 2004, at Boston in the District of Massachusetts and elsewhere,

**RICHARD VIKTOR RICHARDSON BALLESTER,**

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree, with persons unknown to the Grand Jury, to import into the United States from a place outside thereof heroin, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a).

The Grand Jury further charges that the offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin and 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. §§ 960(b)(1)(A) and 960(b)(2)(B) are applicable to this offense.

All in violation of Title 21, United States Code, Section 963.

**COUNT THREE:** (21 United States Code, Section 841(a)(1) - Possession with Intent to Distribute Heroion and Cocaine)

The Grand Jury further charges that:

On or about March 17, 2004, at Boston in the District of Massachusetts,

**RICHARD VIKTOR RICHARDSON BALLESTER,**

defendant herein, did knowingly and intentionally possess with intent to distribute heroin, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin and 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. §§ 841(b)(1)(A)(i) and 841(b)(1)(B)(ii) are applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR:**    (21 United States Code, Section 846 - Conspiracy to Possess with Intent to Distribute Heroin and Cocaine)

The Grand Jury further charges that:

From at least in or about March, 2004 and continuing until on or about March 17, 2004, at Boston in the District of Massachusetts and elsewhere,

**RICHARD VIKTOR RICHARDSON BALLESTER,**

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree, with persons unknown to the Grand Jury, to possess with intent to distribute heroin, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin and 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. §§ 841(b)(1)(A)(i) and 841(b)(1)(B)(ii) are applicable to this offense.

All in violation of Title 21, United States Code, Section 846.

**A TRUE BILL**

_____
FOREMAN OF THE GRAND JURY


_____
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS: April 15, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
10:50 AM