UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL ACTION NO. |
| RICHARD VIKTOR RICHARDSON | ) 04-10124-RGS |
| BALLESTER, | ) |
| | ) |
| Defendant. | ) |

## JOINT FINAL STATUS CONFERENCE MEMORANDUM

Pursuant to Local Rule 116.5(C), the parties submit herewith a Joint Memorandum concerning the following issued to be discussed at the August 2, 2004 Final Status Conference in the above-captioned matter:

1. With one possible exception, there are no outstanding discovery issues which have not yet been presented to or resolved by the Court. The government expects to call an expert witness to testify concerning the laboratory analysis performed on the drugs seized by customs officials from the defendant's suitcase at Logan International Airport if there is no stipulation concerning the nature and quantity of drugs involved. If the defendant elects not to enter into such a stipulation, the defendant will request expert witness discovery no less than thirty (30) days prior to a firm trial date.

2. Neither party anticipates providing additional discovery as a result of its future receipt of information, documents,, or reports of examinations or tests, except as set forth in

the preceding paragraph.

3.   The defendant does not intend to raise a defense of insanity or public authority.

4.   The government has not requested notice of an alibi.

5.   The defendant's motion to suppress is due to be filed on Friday, July 30, 2004. Once the government has had an opportunity to review said motion, it will ask the Court at the August 2 Final Status Conference for a deadline for filing its opposition thereto.

6.   Once the defendant's suppression motion is fully briefed, it will be appropriate for the District Court to schedule a hearing on the motion.

7.   At an early stage of this matter, it was determined that the defendant would be proceeding to trial.

8.   The parties agree that the following periods of time constitute excludable delay for purposes of the Speedy Trial Act: from the defendant's arraignment on April 22, 2004 through May 20, 2004; and June 1, 2004 through July 30, 2004.

9.   The parties estimate that a trial of this matter will

take approximately one week.

Respectfully submitted,

| | |
|---|---|
| RICHARD VIKTOR RICHARDSON BALLESTER<br>By His Attorney | MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY |
| /s/ Catherine Byrne PMH<br>CATHERINE K. BYRNE, ESQ.<br>Federal Defender's Office<br>408 Atlantic Avenue<br>Boston, MA 02110<br>(617) 223-8061 | By: /s/ Patrick Hamilton<br>PATRICK M. HAMILTON<br>Assistant U.S. Attorney<br>One Courthouse Way<br>Boston, MA 02210<br>(617) 748-3251 |

Dated:    July 28, 2004

3