Exhibit C

REQUESTED BY: GILMORE, MATT

OFFICIAL USE ONLY

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE REPORT OF INVESTIGATION | 1. TECS ACCESS CODE 3 |
|---|---|
| | 2. PAGE   I |
| | 3. CASE NUMBER BO13HE04BO0039 |

4. TITLE: RICHARD RICHARDSON BALLESTER

5. CASE STATUS:   INTERIM RPT

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. REPORT NO. |
|---|---|---|---|---|
| 052504 | 031804 | 3 | 301 | 003 |

11. RELATED CASE NUMBERS:

12. COLLATERAL REQ:

13. TYPE OF REPORT:
    INVESTIGATIVE FINDINGS

TOPIC: POST-ARREST STATEMENTS OF BALLESTER

14. SYNOPSIS:
On March 17, 2004, Richard RICHARDSON BALLESTER was arrested for smuggling approximately four pounds of cocaine and two pounds of heroin into Logan International Airport, Boston, by means of a false bottom suitcase.

On March 18, 2004, BALLESTER gave post arrest statements to federal agents prior to his initial appearance. The following report summarizes the information obtained from these statements.

| 15. DISTRIBUTION: SACBO CACX | 16. SIGNATURE:   GILMORE   MATT   SPECIAL AGENT |
|---|---|
| | 17. APPROVED:   NAGLE   JAMES   P   OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: BO   BOSTON, MA - SAC |
| | 19. TELEPHONE: 617 565 7400 |
| | 20. TYPIST: GILMORE |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE 2 |
|---|---|
| | 2. CASE NUMBER BO13HE04BO0039 |
| REPORT OF INVESTIGATION CONTINUATION | 3. REPORT NUMBER: 003 |

DETAILS OF INVESTIGATION:

On March 17, 2004, Richard RICHARDSON BALLESTER was arrested for smuggling approximately four pounds of cocaine and two pounds of heroin into Logan International Airport, Boston, by means of a false bottom suitcase.

On March 18, 2004, BALLESTER gave post arrest statements to federal agents prior to his initial appearance. The following report summarizes the information obtained from these statements.

At approximately 11:45 AM on March 18, 2004, BALLESTER was interviewed about his arrest by Assistant U.S. Attorney Hamilton, Immigration and Customs Enforcement (ICE) Special Agents Gilmore, Coleman, and Task Force Officer (TFO) Feeney.

TFO Feeney verbally advised BALLESTER of his Miranda Rights at approximately 11:46 AM, before questioning took place. AUSA Hamilton explained the potential fines and penalties to BALLESTER as well as the fact that BALLESTER must be truthful in his answers. BALLESTER verbally acknowledged that he understood Mr. Hamilton's instructions.

Agents asked BALLESTER to give his explanation of the arrest and the circumstances that lead up to it. The following is a summary of BALLESTER's statements:

-BALLESTER stated that two individuals, "JOSE" and "ANGELITO" approached him to carry a suitcase containing documents to the Boston area.

-Once in Boston, "ALCENIO" and "RICO" were to pick up BALLESTER in Boston and transport to the Lawrence area. BALLESTER claims they were to receive the luggage.

-"ANGELITO" and "JOSE" made the 2-week arrangements for BALLESTER in Lawrence, MA.

-BALLESTER was to be paid $500 for transporting the papers and would spend a total of $2000 around the town.

-BALLESTER looked at the suitcase in Santo Domingo before accepting possession of it.

-BALLESTER stated he put a t-shirt, underwear in the suitcase.

-When asked by AUSA Hamilton why they didn't just mail (Fed-Ex) the documents, BALLESTER claimed "ANGELITO" and "JOSE" couldn't mail it. There were also

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | 1. PAGE   3<br>2. CASE NUMBER BO13HE04B00039<br>3. REPORT NUMBER: 003 |
|---|---|

clothes in the suitcase.

- At 12:30 PM, on Wednesday March 17, BALLESTER got his passport renewed.

- He was driven by 2 cars from home to the passport office to airport. The following people; BALLESTER, his brother "ROY", the driver "BIGGIE", and an unknown male were in the first car. "JOSE" and "ANGELITO" were in the second car.

- The suitcase was not in the car when BALLESTER left his house.

- "JOSE" went and got the suitcase while BALLESTER was getting his passport renewed.

- BALLESTER finished getting his passport at 4 PM, then went to the airport.

- BALLESTER did not see the Passports or Birth Certificates that were alleged to be in the suitcase. BALLESTER was asked by agents if he asked any questions about the location of the documents. BALLESTER stated that "JOSE" and "ANGELITO" told him they were in a manila envelope.

- BALLESTER stated that his brother "ROY" knows "JOSE" and "ANGELITO".

At this point AUSA Hamilton and ICE agents asked BALLESTER the names of "JOSE" and "ANGELITO" as he stated during his airport questioning that they were childhood friends. BALLESTER claimed not to know the full names of the two individuals. After claiming not to know the names of his childhood friends, the questioning was stopped by Mr. Hamilton and ICE Agents.

AGENTS NOTE: An inspection of BALLESTER's luggage on March 22, at 9:30 AM by SA Gilmore and Seized Property Custodian NAVARRO found the suitcase to contain clothing of similar sizes (men's 36,38), men's shirts with similar sizes and 2 pairs of shoes of the same size. Most of the clothing was designer brands such as GAP, Banana Republic, etc. This is consistent with the sizes and style of clothing BALLESTER was wearing at his arrest. BALLESTER claims he placed underwear and T-shirt into the bag before taking possession of it from "JOSE" and "ANGELITO".

The SAC, Boston investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

```
| DEPARTMENT OF THE TREASURY        | 1. TECS ACCESS CODE 3          |
| UNITED STATES CUSTOMS SERVICE     |                                |
|                                   | 2. PAGE    1                   |
| REPORT OF INVESTIGATION           |                                |
|                                   | 3. CASE NUMBER ████████████    |
```

4. TITLE: RICHARD RICHARDSON BALLESTER

5. CASE STATUS:     INTERIM RPT

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. REPORT NO. |
|---|---|---|---|---|
| 070904 | 031804 | 3 | 301 | 004 |

11. RELATED CASE NUMBERS:

12. COLLATERAL REQ:

13. TYPE OF REPORT:
    INVESTIGATIVE FINDINGS

TOPIC: ADDENDUM TO BALLESTER INTERVIEW

14. SYNOPSIS:
On March 17, 2004, Richard RICHARDSON BALLESTER was arrested for smuggling approximately four pounds of cocaine and two pounds of heroin into Logan International Airport, Boston, by means of a false bottom suitcase.

On March 18, 2004, BALLESTER gave post arrest statements to federal agents prior to his initial appearance. This report serves as an addendum to ROI #3 for the purpose of adding additional information obtained from the post arrest statements and agent's notes.

| 15. DISTRIBUTION: | 16. SIGNATURE: _____ |
| SACBO CACX        | GILMORE        MATT         SPECIAL AGENT |
|                   | 17. APPROVED: _____ |
|                   | NAGLE          JAMES        P  OI GRP SUPERVISOR |
|                   | 18. ORIGIN OFFICE: BO       | 19. TELEPHONE: 617 565 7400 |
|                   | BOSTON, MA - SAC            | 20. TYPIST: GILMORE |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE 2 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | 2. CASE NUMBER ▮▮▮▮▮ |
| | 3. REPORT NUMBER: 004 |

DETAILS OF INVESTIGATION:

On March 17, 2004, Richard RICHARDSON BALLESTER was arrested for smuggling approximately four pounds of cocaine and two pounds of heroin into Logan International Airport, Boston, by means of a false bottom suitcase.

On March 18, 2004, BALLESTER gave post arrest statements to federal agents prior to his initial appearance. This report serves as an addendum to ROI #3 for the purpose of adding additional information obtained from the post arrest statements.

At approximately 11:45 AM on March 18, 2004, BALLESTER was interviewed about his arrest by Assistant U.S. Attorney Hamilton, Immigration and Customs Enforcement (ICE) Special Agents Gilmore, Coleman, and Task Force Officer (TFO) Feeney.

In addition to the information contained in Report of Investigation #3, BALLESTER provided the following information:

- When AUSA Hamilton and ICE Agents asked BALLESTER about the identities of "JOSE" and "ANGELITO", BALLESTER stated that "ANGELITO" was a childhood friend and that he had known "JOSE" for approximately one week. BALLESTER claimed he did not know the last names of either individual. BALLESTER stated that he first saw the suitcase in Santo Domingo, outside of the Passport renewal office. The suitcase was in the rear trunk area of a vehicle. This is where he stated he opened the suitcase and placed a T-shirt, and underwear in the case.

- BALLESTER also said he had assistance in getting his passport renewed by the father of either "JOSE" or "ANGELITO", who was employed as immigration official/law enforcement official in Santo Domingo.

- AUSA Hamilton asked BALLESTER why he couldn't mail the alleged documents that were in the suitcase to the Boston area, to which BALLESTER responded there was clothing in the case and "JOSE" and "ANGELITO" said it couldn't be mailed". Hamilton asked why he didn't mail the clothes as well, and BALLESTER stated he didn't know.

The SAC, Boston investigation continues.

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.