UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10124-RGS |
| ) | |
| RICHARD VIKTOR RICHARDSON ) | |
| BALLESTER ) | |

MOTION TO FILE DEFENDANT'S AFFIDAVIT
IN SUPPORT OF MOTION TO SUPPRESS UPON RECEIPT

Defendant in the above-entitled case respectfully requests that the Court permit him to file his affidavit in support of motion to suppress upon receipt.  As reason therefore, defendant is in custody at Plymouth County Correctional Facility in Plymouth, Massachusetts.  Counsel has reviewed the information contained in the proposed affidavit with defendant but has not yet received the signed affidavit from client.  Counsel will file the signed affidavit upon receipt.

            RICHARD VIKTOR RICHARDSON
            BALLESTER
            By his attorney,

            /s/Catherine K. Byrne

            Catherine K. Byrne
             B.B.O. #543838
            Federal Defender Office
            408 Atlantic Avenue, 3rd Floor
            Boston, MA  02110
            Tel: 617-223-8061