UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>RICHARD VIKTOR RICHARDSON )<br>BALLESTER           ) | CRIMINAL NO. 04-10124-RGS |

MOTION TO FILE DEFENDANT'S AFFIDAVIT
IN SUPPORT OF MOTION TO SUPPRESS

    Defendant in the above-entitled case respectfully requests that the Court permit him to file his affidavit in support of motion to suppress.

                                      RICHARD VIKTOR RICHARDSON
                                      BALLESTER
                                      By his attorney,

                                      /s/Catherine K. Byrne

                                      Catherine K. Byrne
                                        B.B.O. #543838
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061