Exhibit A

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CRIMINAL NO. 04-10124-RGS |
| ) | |
| RICHARD VIKTOR RICHARDSON, ) | |
| BALLESTER                ) | |

AFFIDAVIT OF DEFENDANT IN SUPPORT OF
MOTION TO SUPPRESS STATEMENTS AND PHYSICAL EVIDENCE

I, Richard Ballester, state the following under oath:

1. I am the defendant in the above-referenced matter.

2. I was born in the Dominican Republic and my primary language is Spanish.

3. On March 17, 2004, at about 9:00 p.m. I arrived at Logan Airport. I was arrested by federal police, held in an interrogation room and asked many questions. I was also asked to sign forms.

4. I was afraid.

5. I told the police that I don't speak English so well.

6. I was 22 years old and had never been arrested or interrogated by police before.

7. When the police questioned me it was in English and no one spoke Spanish.

7. When the police asked me to sign documents, they were in English.

8. I did not fully understand my rights.

9. I did not knowingly and voluntarily waive my rights.

10. After they were done questioning me I was taken someplace else and put into a cell for the rest of the night.

11. The following morning, March 18, I was brought to the United States Attorney's Office in the Federal Courthouse and asked more questions. Again, there was no interpreter or lawyer to help me. I did not knowingly and voluntarily waive my rights.

12. This document does not contain everything I know about the case. It was prepared with the help of my attorney from the information I told her. This document was read to me in Spanish.

Signed under the penalties of perjury,

_Richard Richardson_
Richard Ballester

Dated: 8-2-04