UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10124-RGS

UNITED STATES OF AMERICA

v.

RICHARD VIKTOR RICHARDSON BALLESTER

FINAL STATUS REPORT

August 3, 2004

COHEN, M.J.

    A Final Status Conference was held before this court on Monday, August 2, 2004, pursuant to the provisions of Local Rule 116.5(A).  Based on that conference, this court enters the following report and/orders, to wit:

1.    All discovery is complete;

2.    The defendant has filed a Motion to Suppress Statements and Physical Evidence (# 17), and that motion is currently pending.  By order entered at the final status conference, the government must respond to this motion on or before August 18, 2004;

3.  There will be a trial in this case.[1] The parties estimate that the trial will last approximately one week;

4.  As of the date of the Final Status Conference, this court finds and concludes, and all parties agree,[2] that only twelve (12) days has elapsed on the Speedy Trial clock;

5.  The file is hereby ordered returned to the district judge to whom this case is assigned for such further proceedings deemed appropriate on or after August 18, 2004, the date by which the government's response to defendant's motion to suppress is due as set forth in Paragraph 2 above.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for the defendant reports that there will be a trial in this case, even if the motion to suppress is denied.

[2] See Joint Final Status Conference Memorandum (# 16), ¶ 8.