UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD VIKTOR RICHARDSON BALLESTER,<br><br>Defendant. | ) | CRIMINAL NO. 04-10124-RGS<br><br>VIOLATIONS:<br><br>21 U.S.C. §§ 952(a) & 960(a) - Importation of Heroin and Cocaine<br><br>21 U.S.C. § 963 - Conspiracy to Import Heroin and Cocaine<br><br>21 U.S.C. § 841 - Possession of Heroin and Cocaine with Intent to Distribute<br><br>21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute Heroin and Cocaine |

SUPERSEDING INDICTMENT

COUNT ONE: (21 United States Code, Sections 952(a) & 960(a) - Importation of Heroin and Cocaine)

The Grand Jury charges that:

On or about March 17, 2004, at Boston in the District of Massachusetts,

RICHARD VIKTOR RICHARDSON BALLESTER,

defendant herein, did knowingly and intentionally import into the United States from a place outside thereof heroin, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin and 500 grams or more of a mixture or substance

containing a detectable amount of cocaine. Accordingly, 21 U.S.C. §§ 960(b)(1)(A) and 960(b)(2)(B) are applicable to this offense.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a).

**COUNT TWO: (21 United States Code, Section 963 - Conspiracy to Import Heroin and Cocaine)**

The Grand Jury further charges that:

From at least in or about March, 2004 and continuing until on or about March 17, 2004, at Boston in the District of Massachusetts and elsewhere,

**RICHARD VIKTOR RICHARDSON BALLESTER,**

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree, with persons unknown to the Grand Jury, to import into the United States from a place outside thereof heroin, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a).

The Grand Jury further charges that the offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin and 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. §§ 960(b)(1)(A) and 960(b)(2)(B) are applicable to this offense.

All in violation of Title 21, United States Code, Section 963.

**COUNT THREE: (21 United States Code, Section 841(a)(1) - Possession with Intent to Distribute Heroion and Cocaine)**

The Grand Jury further charges that:

On or about March 17, 2004, at Boston in the District of Massachusetts,

**RICHARD VIKTOR RICHARDSON BALLESTER,**

defendant herein, did knowingly and intentionally possess with intent to distribute heroin, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin and 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. §§ 841(b)(1)(A)(i) and 841(b)(1)(B)(ii) are applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR:** **(21 United States Code, Section 846 - Conspiracy to Possess with Intent to Distribute Heroin and Cocaine)**

The Grand Jury further charges that:

From at least in or about March, 2004 and continuing until on or about March 17, 2004, at Boston in the District of Massachusetts and elsewhere,

**RICHARD VIKTOR RICHARDSON BALLESTER,**

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree, with persons unknown to the Grand Jury, to possess with intent to distribute heroin, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin and 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. §§ 841(b)(1)(A)(i) and 841(b)(1)(B)(ii) are applicable to this offense.

All in violation of Title 21, United States Code, Section 846.

**Notice of Additional Factors**

The Grand Jury further finds that:

1. In connection with the offenses charged in Counts One, Two, Three and Four of the Superseding Indictment, Richard Viktor Richardson Ballester is responsible for approximately 1,977 grams of a mixture or a substance containing a detectable amount of cocaine, a Schedule II controlled substance, as well as for approximately 1,024 grams of a mixture or a substance containing a detectable amount of heroin, a Schedule I controlled substance, which is the equivalent of at least 1,000 kilograms but less than 3,000 kilograms of marijuana. Accordingly, U.S.S.G. § 2D1.1(c)(4) applies to this defendant.

2. In connection with the offenses charged in Counts One, Two, Three and Four of the Superseding Indictment, Richard Viktor Richardson Ballester willfully obstructed or impeded, or attempted to obstruct or impede, the administration of justice during the course of the prosecution of the aforesaid offenses and the defendant's obstructive conduct related to the aforesaid offenses. Accordingly, U.S.S.G. § 3C1.1 applies to this defendant.

**A TRUE BILL**

FOREMAN OF THE GRAND JURY

ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: August 26, 2004

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** Customs

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 04-10124-RGS
Same Defendant X New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Richard Viktor Richardson Ballester Juvenile: ☐ Yes x No

Alias Name ______

Address Santo Domingo, Dominican Republic

Birthdate: 1981 SS # N/A Sex: M Race: Hispanic Nationalit Dominican

**Defense Counsel if known:** Catherine Byrne Address 408 Atlantic Avenue, Boston, MA

Bar Number ______

**U.S. Attorney Information:**

AUSA Patrick M. Hamilton Bar Number if applicable ______

**Interpreter:** X Yes No List language and/or dialect: Spanish

**Matter to be SEALED:** ☐ Yes X No

☐ Warrant Requested Regular Process X In Custody

**Location Status:**

Arrest Date 03/17/04

X Already in Federal Custody as of 3/17/04 in Plymouth .
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information X Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ X Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

X **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: August 26, 2004 Signature of AUSA: [signature]
Patrick M. Hamilton

**District Court Case Number** (To be filled in by deputy clerk): ______________________

**Name of Defendant** Richard Viktor Richardson Ballester

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 952 | Importation of heroin and cocaine | 1 |
| Set 2 | 21 U.S.C. § 963 | Conspiracy to import heroin and cocaine | 2 |
| Set 3 | 21 U.S.C. §841 | Possession with intent to distribute heroin and cocaine | 3 |
| Set 4 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute heroin and cocaine | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______________________