UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                              CRIMINAL NO. 04-10124-RGS

RICHARD VIKTOR RICHARDSON BALLESTER

# NOTICE OF HEARING

**STEARNS, DJ.**                                              **AUGUST 27, 2004**

AN EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS (#17) IS HEREBY SCHEDULED FOR:

**FRIDAY, OCTOBER 8, 2004 AT 2:00 P.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                              RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE

BY:
                              /s/   Mary H. Johnson
                                  Deputy Clerk

**TO : AUSA Hamilton; Catherine Byrne, Esq.**