## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                        CRIMINAL CASE

                                                      NO.   04-10124 RGS

V.

**RICHARD VIKTOR RICHARDSON BALLESTER**
    **Defendant**

### NOTICE OF ARRAIGNMENT

Lawrence P. Cohen, M.J.

      **PLEASE TAKE NOTICE** that the above-entitled case has been set for ARRAIGNMENT on SEPTEMBER 14, 2004 at 1:30 P.M. before Judge LAWRENCE P. COHEN, MJ in Courtroom # 23 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

      Please note that the defendant must appear with counsel. If he/she is unable to secure counsel and believes, because of his/her financial condition, that counsel should be appointed, he/she should contact the undersigned at (617) 748-4231.

      Also note that the defendant must contact the U.S. Pretrial Services Office at (617) 748-9213 at least 72 hours before the above date.

                                                                                   TONY ANASTAS,
                                                                                    CLERK OF COURT

Date: September 2, 2004

                                                                                   By   /s/ Maria Simeone
                                                                                         Courtroom Deputy

Notice mailed/e-mailed to: all counsel of record