UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10124-RGS |
| ) | |
| **RICHARD VIKTOR RICHARDSON** ) | |
| **BALLESTER,** ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION TO CONTINUE**
**EVIDENTIARY HEARING ON DEFENDANT'S SUPPRESSION MOTION**

Now comes the United States of America, by and through the undersigned counsel, and moves this Honorable Court to continue the evidentiary hearing on the defendant's suppression motion in the above-captioned matter from the afternoons of Monday and Tuesday, November 15 and 16, 2004 to the mornings of Monday and Tuesday, November 22 and 23, 2004. In support of its motion, the government sets forth the following:

1. Defendant Richard Viktor Richardson Ballester ("Richardson") filed a motion to suppress certain Mirandized statements he made on the night of his arrest and the following day. An evidentiary hearing on that motion began on October 8, 2004 and was then continued to the afternoons of Monday and Tuesday, November 15 and 16.

2. Recently, the undersigned prosecutor was asked to participate in a training program for organized crime police officers and prosecutors in Bucharest, Romania which is being sponsored by the U.S. Bureau for Immigration and Customs

Enforcement and the U.S. Embassy in Bucharest. While the full training program extends from November 8 through November 19, 2004, AUSA Hamilton's attendance and participation would be required on November 15-17 and AUSA Hamilton would travel home on Thursday, November 18.

    3.    After consulting with this Court's Deputy Clerk and with defense counsel, the government learned that the Court could re-schedule the remaining evidentiary hearing in this matter for the mornings of Monday and Tuesday, November 22 and 23, 2004 (representing just a one-week delay beyond the current schedule) and that such a revised schedule is agreeable to defense counsel.

    4.    Through counsel, the defendant has assented to the government's motion for a continuance.

For all the foregoing reasons, the government respectfully requests that this Honorable Court grant its motion and continue the evidentiary hearing on defendant's suppression motion from the afternoons of Monday and Tuesday, November 15 and 16 to the mornings of Monday and Tuesday, November 22 and 23, 2004.

                    Respectfully submitted,

| | |
|---|---|
| **ASSENTED-TO** | MICHAEL J. SULLIVAN |
| RICHARD VIKTOR RICHARDSON BALLESTER | UNITED STATES ATTORNEY |
| By His Attorney | |
| s/Catherine Byrne/PMH | By: s/Patrick Hamilton/ |
| CATHERINE K. BYRNE, ESQ. | PATRICK M. HAMILTON |
| Federal Defender's Office | Assistant U.S. Attorney |
| 408 Atlantic Avenue | One Courthouse Way |
| Boston, MA 02110 | Boston, MA 02210 |
| (617) 223-8061 | (617) 748-3251 |

                  Date: November 3, 2004